United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMERIZ,<br><br>Plaintiffs,<br><br>v.<br><br>HONG KONG BAKERY, et al.,<br><br>Defendants. | Case No. 12-6530 JSC<br><br>**ORDER OF DISMISSAL OF STAN LEE WITHOUT PREJUDICE** |

In December 2012 Plaintiffs filed this ADA access case against numerous defendants, including Stan Lee, "an individual doing business as Hong Kong Bakery." Pursuant to General Order 56 and Civil Local Rule 7-11 Plaintiffs had until February 25, 2013 to complete service on Mr. Lee or file a motion for administrative relief from the deadline. (Dkt. No. 2.) As of the date of this Order, Plaintiff has not filed a proof of service on Mr. Lee and Mr. Lee has not made an appearance. All other named defendants have appeared. Further, in a stipulation filed April 9, 2013, the parties represented that Mr. Lee is deceased and that Plaintiffs would seek to voluntarily dismiss the claims against Mr. Lee. (Dkt. No. 7.) No such dismissal has been filed, however. Accordingly, the claims against Mr. Lee are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 4, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE