1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA   94903
   Telephone:     415/444-5800
4  Facsimile:     415/674-9900

5  Attorneys for Plaintiffs DAREN HEATHERLY;
   and IRMA RAMIREZ,

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ, | CASE NO. CV-12-6530-JSC |
|   Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| HONG KONG BAKERY**;** WALTER C. LUNDIN, ALICE F. LUNDIN, and CHRISTOPHER M. LUNDIN, Successors, as Trustees of The WALTER C. LUNDIN and ALICE F. LUNDIN 1998 Revocable Trust (created by Declaration of Trust dated Dec. 9, 1998); JERRY ARNOLD MORRISS and VIVIAN ANN JEBE, Trustees of The JERRY ARNOLD MORRISS and VIVIAN ANN JEBE REVOCABLE TRUST, dated May 2, 2012; DAVID HUANG, an individual dba HONG KONG BAKERY; and STAN LEE, an individual dba HONG KONG BAKERY, | |
|   Defendants. | |

TO THE COURT AND ALL PARTIES OF INTEREST:

   Notice is hereby given that the parties to the above-captioned matter have agreed to settlement terms which fully resolve the claims herein.

**NOTICE OF SETTLEMENT CASE NO. CV-12-6530-JSC**

1 | The parties respectfully request that all matters currently on calendar be vacated.  Dismissal
2 | documents will be filed with the Court no later than January 20, 2014.

4 | Dated: December 6, 2013         THOMAS E. FRANKOVICH
                                            *A PROFESSIONAL LAW CORPORATION*

6 |                                 By:  /s/ Thomas E. Frankovich
                                           Thomas E. Frankovich
7 |                                 Attorney for DAREN HEATHERLY; and IRMA
                                RAMIREZ

```
The case management conference is continued to January 23, 2014 at 1:30
pm., if the dismissal is not filed by January 20, 2014, the parties shall
file a joint case management statement on January 21, 2014.
```

            Dated: December 6, 2013



GRANTED
Judge Jacqueline Scott Corley

**NOTICE OF SETTLEMENT CASE NO. CV-12-6530-JSC**          -2-